# Court of Appeals
# of the State of Georgia

ATLANTA,____August 03, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0458.  MIKE REDFORD v. THE STATE.**

Pro se defendant Mike Redford has been charged with four counts of aggravated stalking.  He filed a motion for a speedy trial, which the trial court denied.  He appealed that ruling to this Court, but we affirmed.  *Redford v. State*, 335 Ga. App. 682 (782 SE2d 791) (2016).  Redford then served the district attorney with multiple subpoenas seeking the production of evidence, but the trial court quashed them.  Redford moved to set aside the trial court's ruling, but the court denied his motion.  Redford applied to this Court for discretionary review, but we dismissed the application due to his failure to comply with the interlocutory appeal procedures.  See Case No. A16D0436, dismissed July 11, 2016.  Redford served another subpoena on the district attorney, which the trial court also quashed.  Redford now seeks discretionary review of the trial court's latest order quashing his subpoena.  The State has moved to dismiss the application for lack of jurisdiction.

Because Redford's case remains pending below, the order that he wishes to appeal is interlocutory in nature.  To appeal the order, Redford was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b).  Among other things, Redford needed to obtain a certificate of immediate review signed by the trial court.  See OCGA § 5-6-34 (b); *Sosniak v. State*, 292 Ga. 35, 37 (2) (734 SE2d 362) (2012).  Redford's failure to comply with the interlocutory appeal procedures deprives this Court of jurisdiction to consider this application.  Accordingly, the State's motion to dismiss is GRANTED, and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* _____08/03/2016_____
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*